CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
LISA CARTIER-GIROUX
Email: Lisa.Cartier-Giroux@usdoj.gov
KIMBERLY SOKOLICH
Email: Kimberly.Sokolich@usdoj.gov
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336

*Attorneys for Plaintiff*
*The United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00092-JAD-VCF |
| Plaintiff, | CRIMINAL INFORMATION |
| vs. | VIOLATION: |
| ALEJANDRO AVALOS, | 18 U.S.C. §§ 1361 and 2 – Depredation Against Property of the United States |
| Defendant. | |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:

Count One
Depredation Against Property of the United States
(18 U.S.C. §§ 1361 and 2)

On or about May 30, 2020, in the state and Federal District of Nevada,

ALEJANDRO AVALOS,

defendant herein, willfully and by means of repeatedly hitting the windows of a building with a metal bar, did injure and commit a depredation against property of the United States and of any department or agency thereof, and property which had been manufactured and constructed for the United States, and any department or agency thereof, specifically the Foley Federal Building, located at 300 South Las Vegas Boulevard, Las Vegas, Nevada 89101, and the resulting damage was over one thousand dollars ($1000.00) all in violation of Title 18, United States Code, Sections 1361 and 2.

**DATED:** this 17 day of March, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

_/s/ Kim Sokolich_
LISA CARTIER-GIROUX
KIMBERLY SOKOLICH
Assistant United States Attorney